# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2015

151293

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re J J HENDRICKSON, Minor.

SC: 151293
COA: 322278
Wayne CC Family Division:
12-506491-NA

_____/

On order of the Court, the application for leave to appeal the February 26, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2015



Clerk

p0414